IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-204 |
| | § | |
| ANA DOLORES COTREZ-CRUZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant's Motion to Waive Presentence Report (Docket Entry No. 17), is granted. The record provides sufficient information for the court to sentence the defendant without a presentence investigation and report. The court has information about the offense, the criminal history, the guideline computations, and the sentencing options to proceed to sentencing without a presentence investigation and report. The sentencing hearing is reset to **August 18, 2009, at 10:00 a.m.**

SIGNED on July 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge